IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Gunn, Michelle M | Case Number: 07 B 16311 |
| | Judge: Squires, John H |
| Printed: 9/23/08 | Filed: 9/7/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: August 13, 2008
Confirmed: January 9, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 2,718.00 | |
| Secured: | | 1,892.31 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 664.00 |
| Trustee Fee: | | 161.69 |
| Other Funds: | | 0.00 |
| Totals: | 2,718.00 | 2,718.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Robert J Semrad & Associates | Administrative | 664.00 | 664.00 |
| 2. | Condor Capital Corp | Secured | 8,791.17 | 1,892.31 |
| 3. | RoundUp Funding LLC | Unsecured | 1,009.77 | 0.00 |
| 4. | Ultra Food | Unsecured | 380.00 | 0.00 |
| 5. | Condor Capital Corp | Unsecured | 1,318.34 | 0.00 |
| 6. | HSBC Bank USA | Unsecured | 1,236.62 | 0.00 |
| 7. | City Of Chicago Dept Of Revenue | Unsecured | 60.00 | 0.00 |
| 8. | West Suburban Medical Center | Unsecured | 772.14 | 0.00 |
| 9. | First American Cash Advance | Unsecured | 719.97 | 0.00 |
| 10. | Resurgent Capital Services | Unsecured | 1,475.90 | 0.00 |
| 11. | AFNI | Unsecured | | No Claim Filed |
| 12. | American General Finance | Unsecured | | No Claim Filed |
| 13. | Cash Call | Unsecured | | No Claim Filed |
| 14. | Illinois Collection Service | Unsecured | | No Claim Filed |
| 15. | Linebarger Goggan Blair & Simpson | Unsecured | | No Claim Filed |
| 16. | Professional Recovery System | Unsecured | | No Claim Filed |
| 17. | Receivables Performance | Unsecured | | No Claim Filed |
| 18. | Pay Day Loans | Unsecured | | No Claim Filed |
| 19. | Village Radiology, Ltd. | Unsecured | | No Claim Filed |
| 20. | Village of Oak Park | Unsecured | | No Claim Filed |
| | | | $ 16,427.91 | $ 2,556.31 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 5.4% | 73.59 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Gunn, Michelle M | Case Number: 07 B 16311 |
| | Judge: Squires, John H |
| Printed: 9/23/08 | Filed: 9/7/07 |

```
                    6.5%            88.10
                                  _____
                              $   161.69
```

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

